**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Johannes HOLM; Anna Holm,**
**Defendants–Appellants.**

and

**Freeman Aviation; Omega Trust; Nassau Life Insurance Company; Ken Hunter; Committee for Non Communist Banking, Defendants.**

**No. 00–56067.**

**D.C. No. CV–96–07647–MMM–VAP.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 5, 2001.

Decided June 13, 2001.

Before KOZINSKI, THOMAS, Circuit Judges, and COLLINS,* District Judge.

MEMORANDUM **

The United States complied with the jurisdictional requirements of 26 U.S.C. §§ 7401 and 7403. Publication of a delegation order was not required to effect a valid delegation of the Secretary of Treasury to commence this action. *United States v. Saunders*, 951 F.2d 1065, 1067–68 (9th Cir.1991). The suit was validly authorized by the delegate of the Chief Counsel for the Internal Revenue Service. Contrary to the Holms' argument, a United States Attorney is authorized to commence an action to convert an Internal Revenue Service assessment into a judgment. 28 U.S.C. § 547(2). Further, a United States Attorney may delegate an assistant United States Attorney to commence such an action on her behalf. 28 U.S.C. § 542.

---

* Honorable Raner C. Collins, United States District Judge for the District of Arizona, sitting by designation.

The district court did not abuse its discretion in denying the Holms' motion to reopen discovery given the Holms' lack of diligence in pursuing discovery prior to the discovery deadline and the Holms' refusal to meet with IRS agents prior to trial.

Finally, after a careful review of the record and consideration of the arguments presented, we conclude that the judgment of assessment was supported by the evidence and was not arbitrary or capricious. *See United States v. Janis,* 428 U.S. 433, 441–42, 96 S.Ct. 3021, 49 L.Ed.2d 1046 (1976).

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable James C. Hill, Senior Circuit Judge for the Eleventh Circuit, sitting by designation.

*** This disposition is not appropriate for publi-